# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 15-3085 - Whitaker v. MSPB

## Informal Opening Brief

## **ORDER**

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief or appendix must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief or appendix.

FOR THE COURT

February 23, 2015

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Jeffrey Gauger
Calvin M. Morrow

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 15-3085 - Whitaker v. MSPB

The Informal Opening Brief has been rejected for following reasons:

- Only a pro se party may file an informal brief. Fed. Cir. R. 28(g)