Form 9

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Whitaker v. MSPB

No. 15-3085

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Nancy E. Whitaker certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Nancy E. Whitaker

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

NA

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

NA

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Amos N. Jones

3/6/15
Date

*[signature]*
Signature of counsel
Amos N. Jones
Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 9th day of March 2015, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Jeffrey Gauger
Calvin M. Morrow
Merit Systems Protection Board
1615 M Street, NW
Washington, DC  20419
jeffrey.gauger@mspb.gov
calvin.morrow@mspb.gov

*Counsel for Respondent*

/s/ Amos N. Jones
Amos N. Jones

*Counsel for Petitioner*